✎AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
NORTHERN    District of    NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |

**V.**

| | |
|---|---|
| PHIL FINCH | Case Number: 5:04-cr-397-011 (DNH) |
| | USM Number: 12865-052 |
| Date of Previous Judgment: November 22, 2005 | Lisa A. Peebles, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of <u>84</u> months **is reduced to 69 months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: 33 | Amended Offense Level: 31 |
| Criminal History Category: III | Criminal History Category: III |
| Previous Guideline Range: 168 to 210 months | Amended Guideline Range: 135 to 168 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):

**III. ADDITIONAL COMMENTS**
_____
_____

Except as provided above, all provisions of the judgment dated <u>November 22, 2005</u> shall remain in effect.
**IT IS SO ORDERED**.

April 25, 2008
Order Date

_____
Effective Date (if different from order date)

*David N. Hurd*
District Judge